# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SYLVANIUS BELL,<br><br>    Plaintiff(s),<br><br>v.<br><br>EMPLOYMENT SECURITY DIVISION, STATE OF NEVADA, et al.,<br><br>    Defendant(s). | Case No.: 2:19-cv-01492-RFB-NJK<br><br>**ORDER**<br><br>(Docket Nos. 3, 4, 5) |

Pending before the Court are Plaintiff's motion for mediation, request for referral to mediation, and motion to extend time for mediation. Docket Nos. 3, 4, 5. Plaintiff is proceeding *in forma pauperis*. Docket No. 1. Therefore, Plaintiff's complaint must survive the screening process pursuant to 28 U.S.C. § 1915(e) before the Court will consider other motions from Plaintiff.

Accordingly, Plaintiff's motions are premature and therefore **DENIED** without prejudice. Docket Nos. 3, 4, 5.

IT IS SO ORDERED.

Dated: November 6, 2019

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge