# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SYLVANIUS BELL,<br><br>    Plaintiff(s),<br><br>v.<br><br>EMPLOYMENT SECURITY DIVISION, STATE OF NEVADA, et al.,<br><br>    Defendant(s). | Case No.: 2:19-cv-01492-RFB-NJK<br><br>**REPORT & RECOMMENDATION** |

On February 25, 2020, the Court screened Plaintiff's amended complaint. Docket No. 15. The Court found that Plaintiff's complaint was deficient. *Id.* at 1–2. As a result, the Court dismissed Plaintiff's complaint and granted Plaintiff leave to amend the complaint, requiring that a second amended complaint be filed no later than March 25, 2020. *Id.* at 2. The Court warned that "**FAILURE TO COMPLY WITH [THAT] ORDER [WOULD] RESULT IN THE RECOMMENDED DISMISSAL OF THIS CASE**." *Id.* at 3 (emphasis in original). To date, Plaintiff has failed to file a second amended complaint or any request to extend the deadline for filing one. *See* Docket.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: April 3, 2020

                                                                                Nancy J. Koppe<br>                                                                                United States Magistrate Judge

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).